**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Michael L. McConnell**
**Clerk of Court**

**Telephone: 225-389-3500**
**Facsimile: 225-389-3501**

March 5, 2014

Prezemek Lubecki
909 Poydras St.
Suite 2000
New Orleans, LA 70112

**RE**: **15-cv-122-BAJ-SCR**
**Robinson v. Great West Casualty Company**

**NOTICE**

A pleading in the above captioned case has been filed in this court. You are listed as counsel of record on the signature block of the pleading. Our records indicate that you are not admitted to practice in the Middle District of Louisiana and will not be permitted to sign any pleadings or electronically file documents until admitted. If you are a member of the Louisiana State Bar, complete the attorney admission packet from our website at www.**lamd.uscourts.gov** **.** If you are not a member of the bar, a Motion to Appear Pro Hac Vice must be filed, in accordance with Local Rule 83.2.6, and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Samantha M. Guzzardo

Deputy Clerk