UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **GREAT WEST CASUALTY COMPANY, ET AL.** | **NO.:15-00122-BAJ-EWD** |

## RULING AND ORDER

**IT IS ORDERED** that the **Joint Motion to Dismiss with Prejudice (Doc. 14)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), all of Plaintiff Frank Robinson's claims against Defendants Great West Casualty Company, Mesilla Valley Transportation, Inc., and Terry Wickel are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 3rd day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**